<u>**EXHIBIT A**</u>

# Better Screening. Better Decisions. BetterNOI.



# EVALUATE
## YOUR SCREENING RISK

Effective resident screening combines credit and criminal background checks, application verifications and ongoing analysis of previous screening decisions. BetterNOI offers comprehensive, accurate and cost-effective screening designed exclusively for the multifamily industry.

[ ✓ ] **REQUEST A DEMO TODAY**



# More information where it counts

BetterNOI provides the best combination of credit, criminal and eviction data by combining instant searches with county level researchers. Our system utilizes instant national databases and fee-based state and county systems PLUS we dispatch county researchers to courthouses across the country to access records that may not appear on any database.



# Clear, automated recommendations

Using your customized criteria model, each applicant is evaluated and receives a clear recommendation. At the top of the easy-to-read screening report, the Decision Overview shows concisely whether an application meets your standards. With multiple applicants, you'll know how each individual contributes to the application in all areas.



# FollowMe Logic and National Criminal Records

A proprietary criminal history search using cross-referenced address verification and multi-county records analysis for the most up-to-date applicant scoring information available. Our system searches the addresses provided by the applicant PLUS addresses connected to their credit report that may have been omitted.



# Verification options

One of two national companies to offer call center rental and employment verification services.

# WHAT AREN'T THEY TELLING YOU?

# Criminal background checks vary widely — make sure you understand which records you receive and **WHICH ONES YOU DON'T!**



# BetterNOI Provides All Three Types of Research



**Instant National Criminal Search**

**Fee Based State / County Systems**

**County Researchers at Local Courthouses**

A collection of criminal records

A fee-based court search for non-participating courts

Locally based criminal court researchers

25% of criminal convictions

48% of criminal records

A fleet of field researchers deployed to inaccessible counties







National database search covers all states but may not go "deep"

Adding state and county fee based search is more "depth"

County court runners is the deepest level of research

# AVAILABLE SERVICES

BetterNOI provides the best combination of credit, criminal and eviction data, with decisions tailored around your specific leasing criteria.

National Credit Reports                                           >

Criminal Record Investigations                                   >

Court Eviction Report                                            >

Social Security Search                                           >

Employment and Rental History Verification                       >

# Eviction Record Investigations

Unlock critical information regarding an applicant's previous rental performance. Not available in standard Equifax, Experian, and TransUnion credit reports, court eviction reports may be a useful predictor of an applicant's future rental outcome. For example, a record of past court actions, not limited to evictions, against an applicant, may suggest a higher level of risk that the applicant may not satisfactorily fulfill his/her lease obligations.

**Our detailed information, taken directly from the court record, includes:**

- Defendant Name and Address
- Case Type, Date and Number
- Case Status, Claim Amount and/or Judgment
- Plaintiff/Petitioner Name and Telephone Number
- Court/County

Our court eviction reports are supported by advanced technology and unsurpassed customer service. Whether you choose a customized applicant scoring model, designed with your specific guidelines in mind, or an accredited multi-family risk model, our reports allow you to analyze eviction records and provide clear accept/decline guidelines based on your established criteria. This ensures consistent decision making, improves Fair Housing compliance, and relieves your staff from having to interpret criminal reports and other subjective data.

Obtain accurate facts before your hire. BetterNOI is your single-source provider of comprehensive, accurate and cost-effective background investigations

# VALIDATE
## YOUR WORKFORCE CHOICES

Employees have access to proprietary company resources, including private customer information, physical assets, even cash or credit card transactions. Employee Reports provides critical insights about prospective employees' backgrounds' before you make the decision to add them to your team.





# Verify applicant information
using cross-referenced address data, multi-county records analysis, even department of motor vehicle records.



# Maintain compliance
with I-9 and Patriot Act requirements for employers.



# Design
an optimal background screening based on your company's needs, placement time frame and hiring criteria.

National Credit Reports                                                          >

Criminal Record Investigation                                                   >

Driving Records                                                                 >

Public and Civil Records                                                        >

Compliance and SSN Search                                                       >

Employee Reports Verification                                                   >

Drug Testing                                                                    >

# National Credit Bureau

Credit Risk Score and Screening Summary

Employee Reports generates easy-to-read reports that give you crucial information from one or more major credit bureaus in seconds. Employee credit reports provide:

- Previous address and employer information
- Employee credit history including outstanding debts and collection acounts
- Open loans and third party inquiries

Each month, we execute thousands of automated decisions and process thousands of report transactions. An employment credit check assist you in staffing positions with access to financial transactions or information.

No one has a better understanding of data management, and reliable and accurate tools to help you make decisions, than Employee Reports.

## 📅 REQUEST A DEMO TODAY



220 Gerry Drive, Wood Dale, IL 60191 │ Phone: (866) 389-4042 │ Fax: (866) 389-4043

Leasing (/leasing)    Screening (/screening-reports)    Risk Management (/risk-management)

Financials (/financial)    About Us (/about)    News & Events (/news)

Contact Us (/contact)    Job Opportunities (/jobs)    Terms & Conditions (/modal/tc)

Privacy Policy (/modal/privacy-policy)

Copyright © BetterNOI 2018. All rights reserved.

**<u>EXHIBIT B</u>**

# Better Screening. Better Decisions. BetterNOI.



# EVALUATE
## YOUR SCREENING RISK

Effective resident screening combines credit and criminal background checks, application verifications and ongoing analysis of previous screening decisions. BetterNOI offers comprehensive, accurate and cost-effective screening designed exclusively for the multifamily industry.

▣ REQUEST A DEMO TODAY



# More information where it counts

BetterNOI provides the best combination of credit, criminal and eviction data by combining instant searches with county level researchers. Our system utilizes instant national databases and fee-based state and county systems PLUS we dispatch county researchers to courthouses across the country to access records that may not appear on any database.



# Clear, automated recommendations

Using your customized criteria model, each applicant is evaluated and receives a clear recommendation. At the top of the easy-to-read screening report, the Decision Overview shows concisely whether an application meets your standards. With multiple applicants, you'll know how each individual contributes to the application in all areas.



# FollowMe Logic and National Criminal Records

A proprietary criminal history search using cross-referenced address verification and multi-county records analysis for the most up-to-date applicant scoring information available. Our system searches the addresses provided by the applicant PLUS addresses connected to their credit report that may have been omitted.

Criminal background checks vary widely — make sure you understand which records you receive and **WHICH ONES YOU DON'T**!



# BetterNOI Provides All Three Types of Research

National Credit Reports                                          ›

Criminal Record Investigations                                  ›

Court Eviction Report                                           ›

Social Security Search                                          ›

Employment and Rental History Verification                     ›

# National Credit Reports

Our proprietary system generates easy-to-read reports from one or more major credit bureaus in seconds. Resident credit reports provide crucial information, including:

- Clear leasing recommendations based on criteria designated by your organization
- Detailed applicant information:
  - Previous address information
  - Credit history including outstanding debts and collection accounts
  - Open loans and third party inquiries

Our system utilizes three major credit bureaus to ensure you have access to the most complete and relevant credit information available. Each month, we execute thousands of automated decisions and process thousands of report transactions. Through Screening Reports, BetterNOI proudly serves conventional, tax credit and affordable properties.

# Obtain accurate facts before your hire. BetterNOI is your single-source provider of comprehensive, accurate and cost-effective background investigations

Employees have access to proprietary company resources, including private customer information, physical assets, even cash or credit card transactions. Employee Reports provides critical insights about prospective employees' backgrounds' before you make the decision to add them to your team.

Resident Screening | BetterNOI



National Credit Reports ›

Criminal Record Investigation ›

Driving Records ›

Public and Civil Records ›

Compliance and SSN Search ›

Employee Reports Verification ›

Drug Testing ›

# National Credit Bureau

Credit Risk Score and Screening Summary

Employee Reports generates easy-to-read reports that give you crucial information from one or more major credit bureaus in seconds. Employee credit reports provide:

- Previous address and employer information
- Employee credit history including outstanding debts and collection acounts
- Open loans and third party inquiries

Each month, we execute thousands of automated decisions and process thousands of report transactions. An employment credit check assist you in staffing positions with access to financial transactions or information.

No one has a better understanding of data management, and reliable and accurate tools to help you make decisions, than Employee Reports.

☑ REQUEST A DEMO TODAY



220 Gerry Drive, Wood Dale, IL 60191 │ Phone: (866) 389-4042 │ Fax: (866) 389-4043

Leasing (/leasing)   Screening (/screening-reports)   Risk Management (/risk-management)

Financials (/financial)   About Us (/about)   News & Events (/news)

Contact Us (/contact)   Job Opportunities (/jobs)   Terms & Conditions (/modal/tc)

Privacy Policy (/modal/privacy-policy)

Copyright © BetterNOI 2018. All rights reserved.

**<u>EXHIBIT C</u>**



<table>
<tr><td colspan="2" align="center"><strong>Case Information Summary for Case Number<br/>2016-M1-713783</strong></td></tr>
</table>

Filing Date: 08/04/2016                          Case Type: JOINT ACTION
Division: Municipal Division                     District: First Municipal
Ad Damnum: $700.00                               Calendar:

### Party Information

**Plaintiff(s)**                                 **Attorney(s)**
TICO APTS LLC                                    PATT ALDON W
                                                 120W MADISON200-60
                                                 CHICAGO IL, 60602
                                                 (312) 641-0885

**Defendant(s)**        **Defendant Date of Service**    **Attorney(s)**
HOWARD DEBORAH
UNKNOWN OCCUPANTS

### Case Activity

Activity Date: 08/04/2016                        Participant: TICO APTS LLC

JOINT ACTION COMPLAINT FILED

Date: 08/18/2016
Court Time: 0930
Court Room: 1408                                 Attorney: PATT ALDON W
Court Fee: 259.00
Ad Damnum Amount: 700.00


Activity Date: 08/04/2016                        Participant: TICO APTS LLC

SUMMONS ISSUED AND RETURNABLE

Attorney: PATT ALDON W


Activity Date: 08/12/2016                        Participant: HOWARD DEBORAH

SUMMONS RETURNED - N.S. REASON: NO CONTACT

Date: 08/11/2016

https://courtlink.lexisnexis.com/cookcounty/FindDock.aspx?DocketKey=CABG0MB0HBDHID0MD

Activity Date: 08/12/2016                                   Participant: UNKNOWN OCCUPANTS

SUMMONS RETURNED - N.S. REASON: NO CONTACT

Date: 08/11/2016


Activity Date: 08/17/2016                                   Participant: TICO APTS LLC

ALIAS SUMMONS ISSUED AND RETURNABLE

Date: 08/31/2016
Court Time: 0930
Court Room: 1408                          Attorney: PATT ALDON W
Court Fee: 6.00
Ad Damnum Amount: 700.00


Activity Date: 08/17/2016                                   Participant: TICO APTS LLC

ALIAS SUMMONS ISSUED AND RETURNABLE

Date: 08/31/2016
Court Time: 0930
Court Room: 1408                          Attorney: PATT ALDON W
Court Fee: 6.00
Ad Damnum Amount: 700.00


Activity Date: 08/18/2016                                   Participant: TICO APTS LLC

STRIKE FROM THE CALL - ALLOWED -

Date: 08/18/2016                          Judge: HAMBRIGHT ORVILLE E JR


Activity Date: 08/30/2016                                   Participant: HOWARD DEBORAH

ALIAS SUMMONS NOT SERVED BY SPECIAL PROCESS SERVER

Date: 08/23/2016


Activity Date: 08/30/2016                                   Participant: UNKNOWN OCCUPANTS

ALIAS SUMMONS NOT SERVED BY SPECIAL PROCESS SERVER

Date: 08/23/2016


Activity Date: 08/30/2016                                   Participant: HOWARD DEBORAH

ALIAS SUMMONS RETURNED - N.S. REASON: NO CONTACT

Date: 08/23/2016


Activity Date: 08/30/2016                                   Participant: UNKNOWN OCCUPANTS

ALIAS SUMMONS RETURNED - N.S. REASON: NO CONTACT

Date: 08/23/2016

Activity Date: 08/31/2016          Participant: TICO APTS LLC

## STRIKE FROM THE CALL - ALLOWED -

Date: 08/31/2016          Judge: HAMBRIGHT ORVILLE E JR

Back to Top

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

Start a New Search

**<u>EXHIBIT D</u>**

# BetterNOI

Phone 866.389.4042
Fax 866.389.4043

## LUCHA
**Humboldt Park Residence - 2094A**
**Phone:** (773) 276-5338

| Applicant Name | Date In | | Report ID Input By | Report Type | Decision |
|---|---|---|---|---|---|
| DEBORAH HOWARD | 01/03/2017 11:25 AM | | ▮▮▮ Evelyn Vega | Standard | N/A |

Comments

Credit Score: **0** (TransUnion)     Monthly Income: $735     Rent: $424     Rent To Income: 57.7%     (Market)

# DEBORAH HOWARD
Birthdate: XX/XX/▮
Social Security #: XXX-XX▮▮

Current Address: 4050 W HIRSCH
CHICAGO, IL 60651

## Identity Verification
DEBORAH HOWARD

SOCIAL SECURITY NUMBER ISSUED IN ILLINOIS (XXX-XX-▮▮

| Names and AKAs | Addresses |
|---|---|
| NO NAMES OR AKAS FOUND | 4050 W HIRSCH     CHICAGO     IL     60651 |



## Criminal Records
DEBORAH HOWARD

NO CRIMINAL RECORDS FOUND

**National Search:** National Criminal Search, National Sex Offender, OFAC

**County Search:** Cook IL, DuPage IL, Lake IL, Will IL, Hamilton TN, Milwaukee WI

**Multi-State Sex Offender Search:** AK, AL, AR, AZ, CA, CO, CT, DC, DE, FL, GA, GU, HI, IA, ID, IL, IN, KS, KY, LA, MA, MD, ME, MI, MN, MO, MS, MT, NC, ND, NE, NH, NJ, NM, NV, NY, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VA, VT, WA, WI, WV, WY

*HUD prohibits landlords from denying applicants based solely on arrest records. HUD also prohibits blanket policies of refusing to rent to anyone with a criminal conviction record. Rental policies must consider applicants on a case-by-case basis and distinguish between criminal conduct that risks safety and/or property from criminal conduct that does not. For more information see our website or consult your attorney.*

## Eviction Records
DEBORAH HOWARD

| Plaintiff Remarks | County Address | Date Case Number |
|---|---|---|
| TICO APTS LLC | COOK | 08/04/2016 |

**<u>EXHIBIT E</u>**



**Lawyers' Committee for Better Housing**

*Advocating for Chicago Tenants*

April 10, 2018

*Sent via Registered Mail & Facsimile*

BetterNOI, LLC
220 Gerry Drive
Wood Dale, Illinois 60191
Fax: (888) 219-9174

BetterNOI:

This letter is being sent pursuant to 15 U.S.C. § 1681*i*(a)(1)(A) to dispute an entry included in a tenant screening report provided to LUCHA Humboldt Park Residence—2094A on or around January 3, 2017. We are writing to dispute the following information in this report:

> Eviction Records. Plaintiff: TICO APTS LLC. County: Cook. Address: 4050 W. Hirsch #1 Chicago IL. Date: 08/04/2016. Case: 16-M1-713783.

This item is inaccurate because it identifies Ms. Howard as having been evicted on *August 4, 2016*. While she was a defendant in an eviction case with that case number, *she was never served with process*, nor was an order of possession issued or executed against her.

Enclosed are copies of the screening report and the court documents supporting this dispute. Please investigate this matter and delete the disputed item as soon as possible. Please note that the reinvestigation requested herein must occur within thirty (30) days of your receipt of this letter, pursuant to 15 U.S.C. § 1681*i*(a)(1)(A).

Please send notice of your determination, pursuant to 15 U.S.C. § 1681*i*(6)(A), within five (5) days of the conclusion of your reinvestigation, to Nathan H. Nash at the email, mailing, or facsimile addresses listed below.

Sincerely,

Deborah Howard

Nathan H. Nash
Arthur Liman Fellow & Staff Attorney
Direct: (312) 784-3512
nnash@lcbh.org

Enclosures:    Docket for Case No. 2016-M1-713783, Cook County Circuit Court
               BetterNOI Tenant Screening Report