**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEBORAH HOWARD, | ) | |
| on behalf of herself and a class, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:18-cv-06742 |
| | ) | |
| vs. | ) | Honorable Sarah L. Ellis |
| | ) | |
| BETTERNOI, LLC and, | ) | |
| SCREENING REPORTS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN**
**PLAINTIFF AND DEFENDANT BETTERNOI, LLC**

Plaintiff Deborah Howard, by counsel, and Defendant BetterNOI, LLC ("BetterNOI"), by counsel, hereby stipulate and agree that Plaintiff's cause against BetterNOI only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

*Deborah Howard*

By her attorneys,

*/s/ Tara L. Goodwin*
Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
Mary Frances Charlton
EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:
courtecl@edcombs.com

*BetterNOI, LLC & SCREENING*
*REPORTS, INC.*

By its attorneys,

*/s/ Joseph Messer*
Joseph Messer

Joseph Messer
Kevin S. Borozan
Andrew Fullett
Stephanie Anne Strickler
Messer Strickler, Ltd.
225 W. Washington, Suite 575
Chicago, IL 60606
312-506-3440 (Direct)
312-334-3473 (Fax)
jmesser@messerstrickler.com

## CERTIFICATE OF SERVICE

I, Tara L Goodwin, hereby certify that on January 15, 2019, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.

Respectfully submitted,

*/s/ Tara L. Goodwin*
Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
Mary Frances Charlton
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com