IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH HOWARD, )<br>on behalf of herself and a class, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BETTERNOI, LLC and, )<br>SCREENING REPORTS, INC. )<br>)<br>Defendants. ) | Case No.: 1:18-cv-06742<br><br>Honorable Sarah L. Ellis |

## NOTICE OF SETTLEMENT

Plaintiff hereby informs the Court that Plaintiff Deborah Howard and Defendant Screening Reports, Inc. have reached an individual settlement of this case and that they require time to memorialize and effectuate the terms of the settlement. Plaintiff will file a stipulation of dismissal once the settlement is completed. Plaintiff respectfully requests that this Court strike all pending dates.

Respectfully submitted,

*/s/ Tara L. Goodwin*
Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
Mary Frances Charlton
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

## **CERTIFICATE OF SERVICE**

  I, Tara L Goodwin, hereby certify that on January 15, 2019, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.

                 Respectfully submitted,

                 */s/ Tara L. Goodwin*
                 Tara L. Goodwin


Daniel A. Edelman
Tara L. Goodwin
Mary Frances Charlton
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com